No. 83–6436.   IN RE TEPP;

No. 83–6509.   IN RE SAYLES; and

No. 83–6535.   IN RE JOHNSON.   Petitions for writs of mandamus denied.

No. 83–1084.   VISTA RESOURCES, INC., ET AL. *v.* SEAGRAVE CORP.   C. A. 2d Cir.   Certiorari granted.

No. 83–1416.   NATIONAL LABOR RELATIONS BOARD *v.* ACTION AUTOMOTIVE, INC.   C. A. 6th Cir.   Certiorari granted.

No. 83–502.   FIELD COMMUNICATIONS CORP. ET AL. *v.* BRAIG, JUDGE, COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY. Super. Ct. Pa.   Certiorari denied.

No. 83–619.   GRAVES *v.* LEXINGTON HERALD-LEADER CO. Sup. Ct. Ky.   Certiorari denied.

No. 83–976.   HOSPITAL SERVICE ASSOCIATION OF NEW ORLEANS, INC. *v.* ST. BERNARD GENERAL HOSPITAL, INC.   C. A. 5th Cir.   Certiorari denied.

No. 83–1126.   MAIER *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 83–1129.   CIAMMITTI ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 83–1162.   PICCOLO *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.